Nickolas Karavolas, Esq. (NK2504)
**PHILLIPS LYTLE LLP**
Attorneys for the Trust
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York  10018-1405
Telephone: (212) 759-4888
Facsimile:  (212) 308-9079
E-mail:nkaravolas@phillipslytle.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

GOD'S CHARIOTS TO THE
HEAVENLY HIGHWAY,

Debtor.

Chapter 11

Case No.: 16-13585 (SMB)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Phillips Lytle LLP files this Notice of Appearance and Request for Notices on behalf of NYCTL 2015-A Trust (the "**Trust**") and respectfully requests that all notices given or required to be given to the Trust, and all papers served or required to be served upon the Trust in the above-captioned case, and in all proceedings arising under or related thereto, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints or demands, be given to and served upon the following:

>Phillips Lytle LLP
>The New York Times Building
>620 Eighth Avenue, 23rd Floor
>New York, New York  10018
>Telephone:     (212) 759-4888
>Facsimile:     (212) 308-9079
>Attn:   Nickolas Karavolas, Esq.
>E-mail: nkaravolas@phillipslytle.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to submit the Trust to jurisdiction or to waive: (i) the Trust's right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) the Trust's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the Trust's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Trust is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Trust expressly reserves.

Dated: New York, New York
      January 13, 2017

PHILLIPS LYTLE LLP

By   /s/ Nickolas Karavolas
    Nickolas Karavolas, Esq.
Attorneys for the Trust
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018-1405
Telephone: (212) 759-4888
Facsimile: (212) 308-9079
E-mail: nkaravolas@phillipslytle.com

Doc #05-482245.1