UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>God's Chariots To The Heavenly Highway Inc.,<br><br>       Debtor. | Chapter 11<br><br>Case No. 16-13585 (SMB) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney for God's Chariots To The Heavenly Highway Inc., the debtor in the above-captioned matter, and, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, requests that all notices and given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that this request is not limited to notices, and includes all documents, pleadings, and correspondence filed in or pertaining to this proceeding.

Dated: Brooklyn, New York
       February 17, 2017

                                          By: /s/Anthony M. Vassallo
                                                 Anthony M. Vassallo, Esq.
                                                 LAW OFFICE OF ANTHONY M. VASSALLO
                                                 305 Fifth Avenue, Suite 1B
                                                 Brooklyn, New York 11215
                                                 Tele: (347) 464-8277
                                                 Fax: (866) 334-9752
                                                 Email: tony@amvasslaw.com

                                                 *Attorney for the Debtor*