Nickolas Karavolas, Esq. (NK2504)
**PHILLIPS LYTLE LLP**
Attorneys for the Trust
340 Madison Avenue, 17th Floor
New York, New York  10173-1922
Telephone: (212) 759-4888
Facsimile: (212) 308-9079
Email: NKaravolas@phillipslytle.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

In re:

GOD'S CHARIOTS TO THE
HEAVENLY HIGHWAY,

               Debtor.

Chapter 11

Case No.: 16-13585 (SMB)

---

## NOTICE OF CHANGE OF ADDRESS

TO: ALL PARTIES

      PLEASE TAKE NOTICE, that effective on February 6, 2017, our firm changed its address from:

      Nickolas Karavolas, Esq.
      Phillips Lytle LLP
      620 Eighth Avenue, 23rd Floor
      New York, New York  10018
      Telephone No.:  (212) 759-4888
      Fax No.:  (212) 308-9079
      Email:  nkaravolas@phillipslytle.com

to our new address which is:

>Nickolas Karavolas, Esq.
>Phillips Lytle LLP
>340 Madison Avenue, 17th Floor
>New York, New York  10173-1922
>Telephone No.:  (212) 759-4888
>Fax No.:  (212) 308-9079
>Email:  nkaravolas@phillipslytle.com

All Documents, Notices, Papers and Correspondence to be served in the above captioned action to NYCTL 2015-A Trust (the "**Trust**"), shall be served upon Phillips Lytle LLP, as counsel to the Trust, at the new address as of February 6, 2017.

Dated:  New York, New York
        February 14, 2017

>PHILLIPS LYTLE LLP
>
>By:____/s/ Nickolas Karavolas_____
>    Nickolas Karavolas, Esq.
>Attorneys for the Trust
>340 Madison Avenue, 17th Floor
>New York, New York  10173-1922
>Telephone No.:  (212) 759-4888
>Fax No.:  (212) 308-9079
>Email:  nkaravolas@phillipslytle.com

Doc #05-482989.9