LAW OFFICE OF ANTHONY M. VASSALLO  
305 Fifth Avenue | Suite 1B  
Brooklyn, NY 11215  
Tel. (347) 464-8277  
Fax (866) 334-9752  
info@amvasslaw.com  
*Proposed Counsel to the Debtor*

Hearing Date & Time  
**July 18, 2017 at 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------X  
In re:

GOD'S CHARIOTS TO THE HEAVENLY  
HIGHWAY INC.,

Case No.: 16-13585 (SMB)  
Chapter 11

      Debtor.

-------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

I, Anthony M. Vassallo, am an attorney duly admitted to practice before the courts of the State of New York and the Southern and Eastern Districts of New York.

On June 17, 2017, I caused to be served a copy of Debtor's Motion Pursuant To Sections 363(B) And 105(A) Of The Bankruptcy Code And Bankruptcy Rule 6004 For An Order Authorizing The Sale Of Certain Sell Commercial Real Property Located At 844-862 St. Anns Avenue, Bronx, NY 10456 To Lagree Baptist Church, Or Such Entity Which Makes A Higher And Better Bid, Property Free And Clear Of Liens, Claims, Interests And Encumbrances; And (Ii)Granting Related Relief (ECF #23) upon the parties on the annexed Service List by first-class mail.

I certify under penalties of perjury that the foregoing is true and correct.

Dated:  Brooklyn, NY  
         July 16, 21017

                                   /s/Anthony M. Vassallo  
                                     Anthony M. Vassallo

**EXHIBIT A**
**Service List**

Easy Peel® Labels
Use Avery® Template 5161®
Feed Paper
Bend along line to expose Pop-up Edge™
AVERY® 5961™

NYCTL 2015-A Trust MTAG
MTAG Services, LLC
Attn: Matthew Nims
8609 Westwood Center Drive, Suite 325
Vienna, VA 22182

Department of the Treasury
Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101

Nickolas Karavolas, Esq.
Atty for NYCTL 2015-A Trust MTAG
Phillips Lytle LLP
340 Madison Avenue, 17th Floor
New York, New York 10173

Timoleon Kakouros
479 81st Street
Brooklyn, NY 11209

Chattel Real Estate
841 Courtland Avenue
Bronx, NY 10451

Consolidated Edison Company of New York, Inc.
4 Irving Place, Room 1875-S
New York, New York 10003
Attn: Bankruptcy Group

Office of the United States Trustee
Attn: Brian A. Masumoto, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Sharone S. Baradarian
Red Real Estate
100 West 139th Street Suite 2
New Yokr, NY 10030

James T. Howard
JT Realty Advisors LLC
33 Henrietta Avenue
Oceanside, NY 11572

Attorney General's Charities Bureau
NYS State Office of the Attorney General
120 Broadway
New York, NY 10271-0332

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5161®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY