LAW OFFICE OF ANTHONY M. VASSALLO
305 Fifth Avenue
Brooklyn, NY 11215
Tel. (347) 464-8277
Fax (866) 334-9752
info@amvasslaw.com

*Counsel to the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

GOD'S CHARIOTS TO THE HEAVENLY                     Case No.: 16-13585 (SMB)
HIGHWAY INC.,                                      Chapter 11

                       Debtor.
-------------------------------------------------------X

## STATUS REPORT RE: SALE OF REAL PROPERTY

Anthony M. Vassallo, bankruptcy counsel for President of God's Chariots to the Heavenly Highway, the above-captioned debtor (the "*Debtor*") in this chapter 11 case, hereby provides this status report in response to this Court's order, dated October 12, 2017 as follows:3585

     1.     Since the previous status conference before the Court held on October 12, 2017, the Debtor has continued working toward closing on the sale of its real property located 844 St. Ann's Avenue in Bronx County.

     2.     As the Court may recall, the Debtor and its professionals have been in contact with the purchaser to get updates on its process of getting approval from the New York State Attorney General's Office. The Debtor's understanding is that the purchaser's process is moving along and it expects to receive approval shortly.

     3.     Counsel and the Debtor was in contact with in-house counsel for the New York State Attorney's General office during the past 10 days. The AG Counsel has requested certain

information regarding the Debtor's chapter 11 proceeding and had indicated that the request for approval may need to be emended to conform to certain of that office's requirements. The Debtor is working on making the suggested revisions and providing further information to the AG to obtain approval. The AG has indicated that it is interested in facilitating the approval process and will assist the Debtor in that process.

4. As of this date, the Debtor is hopeful that the approval can be obtained from the AG's office within the next 30-45 days, if not sooner. A closing would promptly occur after approval is obtained.

5. Finally, undersigned counsel unfortunately missed the Status Conference scheduled for October 12, 2017. In fact, until my client contacted me on the following Monday, I was unaware that the conference was scheduled for that date. I had it calendared for the 19th.

6. Unfortunately, I had confused the dates on my calendar, due in part to being distracted by the unexpected hospitalizations of 3 family members (mother and stepmother, both widowed, and a brother-in-law) over the course of a week, in 3 different geographical areas. As a result, my attention to detail was not what it should have been because I cannot remember when I ever failed to attend a hearing. I have apologized personally to the Debtor and Brain Masumoto of the U.S. Trustee's office. Here, I would like to apologize to this Court.

Dated: Brooklyn, New York
October 23, 2017

/s/Anthony M. Vassallo

Anthony M. Vassallo, Esq.
LAW OFFICE OF ANTHONY M. VASSALLO
305 Fifth Avenue
Brooklyn, NY 11215
Tel. (347) 464-8277
Fax (866) 334-9752
tony@amvasslaw.com

*Counsel to the Debtor and Debtor in Possession*

2