

**Phillips Lytle** LLP

<u>*Via ECF*</u>                                                                                    March 27, 2019

Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re:    God's Chariots to the Heavenly Highway
       Chapter 11 Case No.  16-13585 (SMB)

Dear Judge Bernstein:

We represent NYCTL 2015-A Trust (the "Trust"), secured creditor in the above-
captioned bankruptcy case.

This letter confirms that the Trust withdraws Claim Number 2 filed in this bankruptcy
case on January 26, 2017.

Please feel free to contact the undersigned if you have any questions.

Respectfully,

Phillips Lytle LLP

By    *Nickolas Karavolas*

Nickolas Karavolas

cc (via ECF):   Anthony M. Vassallo, Esq.
                Office of the U.S. Trustee

ATTORNEYS AT LAW

NICKOLAS KARAVOLAS, PARTNER  DIRECT **212 508 0477**  NKARAVOLAS@PHILLIPSLYTLE.COM

340 MADISON AVENUE  17TH FLOOR  NEW YORK, NY 10173-1922  PHONE 212 759 4888  FAX 212 308 9079

NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER  |  WASHINGTON, DC  |  CANADA: WATERLOO REGION  |  PHILLIPSLYTLE.COM